IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH M. ACOSTA and
STEPHANIE C. ACOSTA,

    Plaintiffs,

vs.

HONEYWELL INTERNATIONAL,
INC., formerly known as ALLIED
CHEMICAL CORPORATION and as
ALLIEDSIGNAL, INC.,

    Defendant.

CIVIL ACTION NO.: CV206-090

## ORDER

The Court has been advised that the issue raised in Defendant's Motion to Join Glynn County, Georgia, as a Necessary Party (Doc. 7) has been resolved by the parties. Accordingly, said motion is hereby **DISMISSED** as moot.

**SO ORDERED**, this 6th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)